UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON, | No. 2:06-cv-1540-MCE-GGH |
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| NATURWOOD HOME FURNISHINGS INCORPORATED, dba NATURWOOD; KEYES 1998 FAMILY LIMITED PARTNERSHIP, | |
| Defendants. | |

Pursuant to the representations of the attorney for Plaintiff, the Court has determined that this case is settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before October 20, 2006.

///
///
///
///
///
///

1         Failure to comply with this order may be grounds for the
2    imposition of sanctions on any and all counsel as well as any
3    party or parties who cause non-compliance with this order.
4         IT IS SO ORDERED.
5    DATED: September 20, 2006

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE