1  SCOTTLYNN J HUBBARD IV, SBN 212970
   LYNN HUBBARD, III, SBN 69773
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6
7
8
9
10
11
                    UNITED STATES DISTRICT COURT
12
                    EASTERN DISTRICT OF CALIFORNIA
13
14 RONALD WILSON,                         Case No. CIV. S-06-01540-MCE-GGH

15      Plaintiff,

16 v.                                     **STIPULATION OF DISMISSAL AND ORDER THEREON**

17 NATURWOOD HOME FURNISHINGS
   INCORPORATED dba NATURWOOD;
18 KEYES 1998 FAMILY LIMITED
   PARTNERSHIP,
19
        Defendants.
20 _____/

21
22
23
24
25
26
27
28

Stipulation of Dismissal and [Proposed] Order Thereon                Wilson v. Naturwood, et al.
                                                                     CIV. S-06-01540-MCE-GGH

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, RONALD WILSON, and defendants, NATURWOOD HOME FURNISHINGS INCORPORATED dba NATURWOOD; KEYES 1998 FAMILY LIMITED PARTNERSHIP, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: September 22, 2006          DISABLED ADVOCACY GROUP, APLC

                                         /s/ Scottlynn J Hubbard, IV
                                         SCOTTLYNN J HUBBARD, IV
                                         Attorney for Plaintiff

Dated: September 18, 2006          DOWNEY BRAND, LLP

                                         /s/ Shaye Harrington
                                         SHAYE HARRINGTON
                                         Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-01540-MCE-GGH, is hereby dismissed with prejudice.

Dated: September 29, 2006

                                         MORRISON C. ENGLAND, JR
                                         UNITED STATES DISTRICT JUDGE